# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          CIVIL 99-597-01(PGS)

v.          O R D E R
MICHAEL LAURY
    Defendant.

It is on this 9th day of February 2009,

The court finds upon the evidence presented that Michael Laury is in violation of the conditions of Supervised Released as imposed by this Court on July 24, 2000. Where upon it is ordered and adjudged that the previously imposed term of Supervised Release is revoked and the offender is hereby committed to the custody of the Bureau of Prisons for a term of 16 months.

Court ordered Supervised release:20 months, and special conditions: Defendant is to participate in an approved program for domestic violence, Refrain from illegal possession and/or use of drugs, Participate in a Mental Health Program.

Court ordered defendant shall pay any unpaid balance of fine $2,000.00. Upon release, if any balance remains, he will pay through the United States Probation Office monthly installments of no less than $25.00,until the amount is paid in full.

                                 _____
                                 Hon. Peter G. Sheridan, USDJ